# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

WASTE MANAGEMENT OF
LOUISIANA LLC D/B/A WOODSIDE
LANDFILL, WASTE MANAGEMENT
NATIONAL SERVICES, INC.

NO.   2022 CW 0089

VERSUS

STAFFORD LOGISTICS, INC.
D/B/A CUSTOM ECOLOGY, INC.,
STARR INDEMNITY & LIABILITY
COMPANY, CRUM & FORSTER
SPECIALTY INSURANCE COMPANY,
AXIS SURPLUS INSURANCE
COMPANY, AND SCOTTSDALE
INSURANCE COMPANY

**MAY 5, 2022**

---

In Re:   Axis Surplus Insurance Company and Starr Indemnity &
Liability Company, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 686651.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED**. This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-5(C)(6), (8), and (9). Relators failed to provide a copy of the judgment, a copy of all documents attached to the pertinent motions and oppositions including the opposition filed by Stafford Logistics, Inc. d/b/a Custom Ecology, Inc., and a copy of all amended petitions.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before June 4, 2022 and must contain a copy of this ruling.

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT